AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| AZHAR AHMED<br>*Plaintiff(s)*<br>v.<br>COURSER EMPLOYMENT SERVICES, LLC, et al.<br>*Defendant(s)* | ) | Civil Action No. 26cv63278 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

COURSER EMPLOYMENT SERVICES, LLC
c/o C T Corporation System, Registered Agent
1200 South Pine Island Road
Plantation, FL 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Azhar Ahmed, pro se
3227 NW 105th Avenue
Fort Lauderdale, FL 33351
(954) 993-7531
azharahmedtech@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Angela E. Noble
Clerk of Court

**SUMMONS**

Date: Nov 20, 2026

s/ S.Carlson

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

AZHAR AHMED

*Plaintiff(s)*

v.

COURSER EMPLOYMENT SERVICES, LLC, et al.

*Defendant(s)*

Civil Action No. 26cv63278

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

PALMETTO TECHNOLOGY GROUP, LLC
c/o C T Corporation System, Registered Agent
1200 South Pine Island Road
Plantation, FL 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Azhar Ahmed, pro se
3227 NW 105th Avenue
Fort Lauderdale, FL 33351
(954) 993-7531
azharahmedtech@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Angela E. Noble
Clerk of Court

**SUMMONS**

Date: Nov 20, 2026

s/ S.Carlson

Deputy Clerk
U.S. District Courts

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

AZHAR AHMED

*Plaintiff(s)*

v.

COURSER EMPLOYMENT SERVICES, LLC, et al.

*Defendant(s)*

Civil Action No. 26cv63278

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

METRO COMPUTER SERVICES GROUP, LLC
c/o The Corporation Trust Company, Registered Agent
Corporation Trust Center, 1209 Orange Street
Wilmington, DE 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Azhar Ahmed, pro se
3227 NW 105th Avenue
Fort Lauderdale, FL 33351
(954) 993-7531
azharahmedtech@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Nov 20, 2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Angela E. Noble
Clerk of Court

SUMMONS

s/ S.Carlson

Deputy Clerk
U.S. District Courts

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| AZHAR AHMED<br>*Plaintiff(s)*<br>v.<br>COURSER EMPLOYMENT SERVICES, LLC, et al.<br>*Defendant(s)* | ) | Civil Action No. 26cv63278 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

SCP IT SERVICES HOLDCO, LLC
c/o The Corporation Trust Company, Registered Agent
Corporation Trust Center, 1209 Orange Street
Wilmington, DE 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Azhar Ahmed, pro se
3227 NW 105th Avenue
Fort Lauderdale, FL 33351
(954) 993-7531
azharahmedtech@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Nov 20, 2026

Angela E. Noble
Clerk of Court

s/ S.Carlson
Deputy Clerk
U.S. District Courts

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| AZHAR AHMED<br>*Plaintiff(s)*<br>v.<br>COURSER EMPLOYMENT SERVICES, LLC, et al.<br>*Defendant(s)* | ) | Civil Action No. 26cv63278 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

SCP IT SERVICES INTERMEDIATE HOLDCO, LLC
c/o The Corporation Trust Company, Registered Agent
Corporation Trust Center, 1209 Orange Street
Wilmington, DE 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Azhar Ahmed, pro se
3227 NW 105th Avenue
Fort Lauderdale, FL 33351
(954) 993-7531
azharahmedtech@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

Angela E. Noble
Clerk of Court

SUMMONS

Date: Nov 20, 2026

s/ S.Carlson

Deputy Clerk
U.S. District Courts